**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW:**

- TOO VOLUMINOUS
- QUALITY NOT LEGIBLE
- FONT TOO SMALL
- PHOTOGRAPHS

**SEE CASE FILE**