AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court

## Northern District of Illinois

### Eastern Division

Suzanne M. Barth

v.

Village of Mokena, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 03 C 6677

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of plaintiff and against defendants, Village of Mokena, Donald Dreesbach and Sergeant John Gorman in the amount of: $700,000.00 in compensatory damages; $225,000.00 in back pay. Judgment is entered in favor of plaintiff and against defendants, Donald Dreesbach and Sergeant John Gorman in the amount of $1,000,000.00 in punitive damages. This judgment is final and appealable.

Michael W. Dobbins, Clerk of Court

Date: 6/2/2006

/s/ Yolanda Pagan, Deputy Clerk